IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01412-WDM-CBS

OFFICE AND PROFESSIONAL EMPLOYEES INTERNATIONAL UNION, LOCAL NO. 5,

Plaintiff,

v.

INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, et al.,

Defendants.

## NOTICE OF DISMISSAL

The court construes Plaintiff's Motion to Dismiss in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed without prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 11, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge